# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 30, 2018

SEAN F. McAVOY, CLERK

TANYA W.,

_____  )

*Plaintiff*                                )

v.                                         )     Civil Action No.   2:17-CV-03134-FVS

COMMISSIONER OF SOCIAL SECURITY,           )

_____  )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Report and Recommendation, ECF No. 19, is ADOPTED in its entirety.
            Plaintiff's Motion for Summary Judgment, ECF No. 12 is GRANTED.
            Defendant's Motion for Summary Judgment, ECF No. 16, is DENIED.
            Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      Fred Van Sickle _____ on cross-motions for summary

   judgment.

Date:  September 30, 2018 _____

                                          *CLERK OF COURT*

                                          SEAN F. McAVOY
                                          _____

                                          s/ Pam Howard
                                          _____
                                                         *(By) Deputy Clerk*

                                          Pam Howard
                                          _____